PER CURIAM.

This purports to be an appeal from a conviction for drunken driving, with punishment assessed at a fine of $100 and five days in jail.

The record before us does not reflect that a notice of appeal was given and entered of record, as required by Art. 827, C.C.P.

In the absence of a notice of appeal, this court is without jurisdiction to entertain the appeal.

The appeal is dismissed.

Henry Wade, Criminal Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The offense is robbery; the punishment, 5 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**Billy Herbert HARGETT, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27360.

Court of Criminal Appeals of Texas.

Jan. 19, 1955.

**Myrick L. MONROE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27346.

Court of Criminal Appeals of Texas.

Jan. 19, 1955.

No attorney on appeal for appellant.